UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

DALTON PATTERSON

    Plaintiff,

v.   No. 1:18-cv-01871-REB-NYW

FOCUS ON THE FAMILY

    Defendant.

**STIPULATED JOINT MOTION TO DISMISS WITH PREJUDICE ALL CLAIMS**

    COMES NOW the Parties, who state and allege as follows:

    The Parties, Plaintiff Dalton Patterson and Defendant Focus on the Family, have reached an amicable settlement in the above referenced matter. The Parties respectfully request that the Court dismiss all of the claims with prejudice under Fed. R. Civ. P. 41(a)(1)(ii). The Parties stipulate that all claims shall be dismissed with prejudice, with each Party to bear their own costs and attorney fees.

Respectfully submitted this 25th day of March 2019.

| | |
|---|---|
| _/s/ Sara A. Green_ | /s/ _Kevin D'Olivio_ |
| Sara A. Green | HOLLAND & KNIGHT LLP |
| Bachus & Schanker, LLC | Leah E. Capritta |
| 1899 Wynkoop, Suite 700 | 1801 California Street, |
| Denver, Colorado 80202 | Suite 5000 Denver, CO 80202 |
| Tel: 303-893-9800 | Phone: (303) 974-6646 |
| Fax: 303-893-9900 | Fax: (303) 974-6659 |
| Sara.green@coloradolaw.net | Leah.capritta@hklaw.com |
| | |
| Attorney for Plaintiff | Kara M. Ariail |
| | Kevin D'Olivo |
| | Stuart Mendelsohn |
| | 1650 Tysons Boulevard, |
| | Suite 1700, Tysons, VA 22102 |
| | Phone: (703) 720-8600 |
| | Fax: (703) 720-8610 |
| | Kara.ariail@hklaw.com |
| | Kevin.dolivo@hklaw.com |
| | |
| | Attorney for Defendant |