**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 18-cv-01871-REB-NYW

DALTON PATTERSON,

     Plaintiff,

v.

FOCUS ON THE FAMILY,

     Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

     This matter is before me on **Stipulated Joint Motion to Dismiss with Prejudice All Claims** [#25][1] filed March 25, 2019. After reviewing the stipulated motion and the record, I conclude the motion should be granted.

     **THEREFORE, IT IS ORDERED** as follows:

     1. That the **Stipulated Joint Motion to Dismiss with Prejudice All Claims** [#25], filed March 25, 2019, is granted;

     2. That plaintiff's claims against defendant are dismissed with prejudice, with each party to bear their own attorney fees and costs;

     3. That all deadlines and hearing, including the combined Final Pretrial/Trial Preparation Conference set August 21, 2019, and the jury trial set to commence September 3, 2019, are vacated; and

---

[1] "[#25]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

4. That this case is closed.

Dated March 25, 2019, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge